```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                    3/11/2026

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:    E.C.        DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2026 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:26-cr-00033-FWS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), (6), 2265A: Stalking] |
| EVAN MICHAEL BALTIERRA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), (6), 2265A]

1.   Beginning in or around October 2024 and continuing through at least in or around July 2025, in Orange County, within the Central District of California, and elsewhere, defendant EVAN MICHAEL BALTIERRA, with the intent to harass and intimidate Victim 1, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to

cause substantial emotional distress to Victim 1.

2. Defendant BALTIERRA's course of conduct included, among other things, the following:

    a. On or about October 7, 2024, defendant BALTIERRA created an account on the Reddit social media forum using Victim 1's real name and photograph.

    b. On or about July 31, 2025, using that Reddit account, defendant BALTIERRA posted a message inviting users to contact the account for "online dirty talk."

    c. When other Reddit users contacted the account, defendant BALTIERRA provided Victim 1's mobile telephone number and directed them to contact Victim 1 using that number.

    d. On or about April 4, 2025, defendant BALTIERRA created an account on the "X" platform (formerly known as Twitter) using Victim 1's real name and photograph.

    e. Between April 2025 and February 2026, using that "X" account, defendant BALTIERRA made repeated posts including either explicitly racist, inflammatory content or photoshopped, sexually explicit images using Victim 1's face.

3. Defendant BALTIERRA engaged in this course of conduct in violation of a no-contact order prohibiting him from contacting or attempting to contact Victim 1, namely, the Judgment & Probation/Commitment Order issued in <u>United States v. Evan Michael Baltierra</u>, case number SA CR 22-83-FMO, on or about July 13, 2023.

4. Defendant BALTIERRA also engaged in this course of conduct after he had been previously convicted of the following prior stalking offense: Stalking, in violation of 18 U.S.C. §§ 2261A(2)(A), (B), 2261(b)(5), in the United States District Court for Central

1  District of California, case number SA CR 22-83-FMO, on or about July
2  11, 2022.
3
4                                         A TRUE BILL
5
6                                                /s/
                                          Foreperson
7
8  TODD BLANCHE
   Deputy Attorney General
9
   BILAL A. ESSAYLI
10 First Assistant United States
   Attorney
11
12
13 ALEXANDER B. SCHWAB
   Assistant United States Attorney
14 Acting Chief, Criminal Division

15 MARK P. TAKLA
   Assistant United States Attorney
16 Chief, Orange County Office

17 MELISSA S. RABBANI
   Assistant United States Attorney
18 Deputy Chief, Orange County Office

19
20
21
22
23
24
25
26
27
28